UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RICHARD W. BECK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 4:18-CV-62-D** |
| ANDREW M. SAUL, Commissioner of Social ) | |
| Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 42]. In sum, the court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 36], DENIES defendant's motion for judgment on the pleadings [D.E. 38], and REMANDS the action to the Commissioner under 42 U.S.C. § 40S(g).

**This Judgment Filed and Entered on July 29, 2019, and Copies To:**
Derrick Kyle Arrowood               (via CM/ECF electronic notification)
Gabriel R. Deadwyler                (via CM/ECF electronic notification)

DATE:                               PETER A. MOORE, JR., CLERK
July 29, 2019                       (By) /s/ Nicole Sellers
                                          Deputy Clerk